Johnnie Allen Landon, Jr., of Washington, DC, argued for petitioner.

Jeffrey A. Gauger, Attorney, Office of the General Counsel, Merit Systems Protection Board, of Washington, DC, argued for respondent. With him on the brief were James M. Eisenmann, General Counsel, and Keisha Dawn Bell, Deputy General Counsel.

LINN, PLAGER, and DYK, Circuit Judges.

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.

Renee Gerber, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Harold D. Lester, Jr., Assistant Director.

LINN, MOORE, and O'MALLEY, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.

**Jon C. MESSENGER, Petitioner.**

v.

**DEPARTMENT OF LABOR, Respondent.**

No. 2012–3016.

United States Court of Appeals, Federal Circuit.

June 13, 2012.

Peter B. Broida, of Arlington, VA, argued for petitioner.

**PENTEL CO., LTD. and Pentel of America, Ltd., Appellants,**

v.

**David J. KAPPOS, Director, United States Patent and Trademark Office, Appellee,**

and

**Benjamin J. Kwitek, Appellee.**

No. 2012–1002.

United States Court of Appeals, Federal Circuit.

June 13, 2012.